# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2017

155273

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v                                        SC: 155273
                                         COA: 327065
                                         Wayne CC: 14-011190-FH

SAMER SHAMI,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 15, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether the defendant's activities of mixing different flavors of tobacco to create different flavor combinations to offer customers and repackaging tobacco under his own label rendered him a "manufacturer" of tobacco under MCL 205.422(m) of the Tobacco Products Tax Act (TPTA), MCL 205.421 *et seq.*; and, if so, (2) whether the TPTA's definition of "manufacturer" satisfied due process by putting the defendant on fair notice of the conduct that would subject him to punishment. See *People v Hall*, 499 Mich 446, 461 (2016). The parties should not submit mere restatements of their application papers.

      WILDER, J., not participating because he was on the Court of Appeals panel.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2017



t0614

Clerk